## HELBER v. SCHANTZ.

GAMING—ELECTION BET—RECOVERY OF WINNINGS.
> The furnishing of money to another for betting purposes is a gaming transaction, and a suit for the winnings cannot be maintained.

Error to Washtenaw; Kinne, J. Submitted June 4, 1896. Decided June 30, 1896.

*Assumpsit* by Eugeno Helber against Martin Schantz. From a judgment for defendant on verdict directed by the court, plaintiff brings error. Affirmed.

*E. B. Norris,* for appellant.

*Arthur Brown,* for appellee.

MOORE, J. Plaintiff furnished five dollars to defendant with which to make a bet upon the result of an election. The bet was made, and Schantz won the money. He paid plaintiff five dollars, and declined to pay over the balance. Plaintiff sued him in justice's court, and recovered a judgment. The case was appealed to the circuit court. The trial judge directed a verdict for the defendant upon the ground that what occurred between the parties was a gaming transaction, and that the courts will not inter-

fere in behalf of a party to such a transaction.    The case is brought here by writ of error.

The trial judge made a proper disposition of the case. The judgment is affirmed.

The other Justices concurred.